**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Civil Action No. 1:26-cv-3602 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER, STAY UNDER 5 U.S.C. § 705, AND/OR PRELIMINARY INJUNCTION**

On October 29, 2026, Plaintiffs League of United Latin American Citizens ("LULAC") and Electronic Privacy Information Center ("EPIC") filed a motion for a temporary restraining order, a stay under section 705 of the Administrative Procedure Act, and/or a preliminary injunction. Pursuant to Fed. R. Civ. P. 65(b) and Local Civil Rule 65.1(a), the Court finds as follows:

1. Plaintiffs LULAC and EPIC have shown a likelihood of success on their claims that Defendants violated the Administrative Procedure Act and the Privacy Act by disclosing and transmitting statutorily protected voter data to states, localities, and others and demanding that states and localities use the data to take special actions with respect to those voters' ballots pursuant to their Voter Data Transmission Policy.

2. Absent immediate relief, Plaintiffs LULAC and EPIC will suffer immediate and irreparable injury before Defendants can be heard. Specifically, Defendants' unlawful Voter Data Transmission Policy poses an imminent risk of harm to Plaintiffs, their members, and the public

writ large because it harms Plaintiffs' core operating missions, threatens their members' fundamental right to vote and to have their votes counted, and deprives them of critical information they are legally entitled to receive.

3. This Order issues without notice because "there can be no do-over and no redress" when it comes to election-related harms, including both the right to cast a ballot that counts and to compete in a fairly structured electoral contest. *League of Women Voters of N.C. v. North Carolina*, 769 F.3d 224, 247 (4th Cir. 2014). Accordingly, the injuries Plaintiffs are suffering are "completely irreparable if nothing is done to enjoin" Defendants' ongoing course of unlawful conduct. *Id.*; *see also League of Women Voters of United States v. Newby*, 838 F.3d 1, 9 (D.C. Cir. 2016) (explaining that once "deadlines for the November election pass," the harms at issue become "irreparable").

4. The relief below is limited to what is necessary to provide complete relief to Plaintiffs.

Accordingly, it is hereby **ORDERED** that the Motion is **GRANTED** as follows:

**ORDERED** that Defendants; their officers, agents, servants, employees, and attorneys; and other persons who are in active concert or participation with Defendants or their officers, agents, servants, employees, and attorneys, are enjoined from further disclosing or transmitting voter data to states, localities, or others for election administrators to investigate identified voters, segregate identified voters' ballots, refuse to tabulate identified voters' votes, or otherwise treat identified voters differently for purposes of administering the 2026 election; Defendants and other persons who are in active concert or participation with Defendants are enjoined from directing, demanding, or requesting states or localities to use the already disclosed and transmitted voter data to investigate identified voters, segregate identified voters' ballots, refuse to tabulate identified voters' votes, or otherwise treat the identified voters differently for purposes of administering the

2026 election; the Voter Data Transmission Policy is vacated; and Defendants must file a status report within 24 hours of the issuance of this order confirming compliance with this order and identifying all voter data previously disclosed and transmitted under the Voter Data Transmission Policy and to whom the disclosures were given.

Defendants are **FURTHER ORDERED** to show cause on _____________, at ____ before this Court as to why a preliminary injunction to the same effect should not issue.

This order shall remain in effect until [14 days after entry] [the last State has certified its election results for the November 3, 2026 General Election] [such other time as this Court orders].

DATED this ___ day of October, 2026.

___________________
Hon. Tanya S. Chutkan
United States District Judge