**UNITED STATES DISCTRICT COURT**
**FOR THE DISTIRCT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS, *et al*.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPT. OF HOMELAND SECURITY, *et al*.,<br><br>Defendants. | Civil Action No. 26-3602 (TSC) |

## NOTICE OF RELATED CASES

Pursuant to Local Civil Rule 40.5(b)(3), counsel for Defendants hereby provide notice of the following related cases pending in this court:

(1) *Coalition for Humane Immigrant Rights, et al., v. Dept. of Homeland Security, et al*., Civil Action No. 26-3072 (JEB) ("Trujillo");

(2) *Democratic Senatorial Campaign Committee ("DSCC"), et al. v. Trump, et al*, Civil Action No. 26-3674 (JEB) ("DSCC").

These cases are related to the instant case ("LWV") because they involve common issues of fact and grow out of the same alleged events or transactions. L. Civ. R. 40.5(a)(3)(ii), (iii). Each complaint is predicated on allegations of improper pressure on States to verify voter rolls, including July 16, 2026 letters from the Department of Homeland Security to Secretaries of States. *See, e.g.* LWV, ECF #13, ¶¶ 69-96; Trujillo, ECF #1, ¶¶ 49-57; DSCC, ECF #1, ¶¶ 55-60, 83-84.

Each case seeks relief under multiple and overlapping provisions of the Constitution. LWV and Trujillo also seek relief under the Administrative Procedures Act, for alleged violations of the Privacy Act. DSCC adds a claim under the Voting Rights Act. Each case seeks to declare Defendants' actions unlawful and enjoin Defendants from continuing their efforts to verify voter eligibility.

Dated: October 30, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ *William I. Friedman*__
WILLIAM I. FRIEDMAN
N.Y. Bar Reg. Number: 4039509
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 532-5541
Email: william.friedman@usdoj.gov

*Counsel for Defendants*