**UNITED STATES DISCTRICT COURT**
**FOR THE DISTIRCT OF COLUMBIA**

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPT. OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Civil Action No. 26-3602 (TSC) |

**NOTICE OF RECENT DECISION**

This evening, Judge Trina L. Thompson, district judge in the Northern District of California, entered the attached temporary restraining order ("TRO") in the case of Service Employees *International Union, et al., v. Dept. of Justice, et al.*, Civil Action 26-12800. The decision is attached.

Dated: October 31, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

/s/ *Elizabeth J. Shapiro*_
ELIZABETH J. SHAPIRO
WILLIAM I. FRIEDMAN
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 514-5302
Email: elizabeth.shapiro@usdoj.gov

*Counsel for Defendants*