**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LEAGUE OF WOMEN VOTERS**, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>**U.S. DEPARTMENT OF HOMELAND SECURITY**, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-cv-3602 (TSC) |

## ORDER

For the reasons set forth in the forthcoming Memorandum Opinion, Plaintiffs' Motion for a Temporary Restraining Order or Preliminary Injunction and Stay under 5 U.S.C. § 705, ECF No. 15, is GRANTED.

Defendants and their agents are preliminarily ENJOINED and STAYED under 5 U.S.C. § 705 from further disclosing, transmitting, or releasing data purporting to constitute lists of individual potential or actual non-citizen voters or registered voters, to any State, county, municipal, or other local official, employee, or officer responsible for administering voter registration, issuing or processing ballots, verifying signatures, or tabulating or certifying votes. This order does not preclude Defendants from (1) responding to an inquiry seeking to verify or ascertain the citizenship or immigration status of any individual through the Systematic Alien Verification for Entitlements (SAVE) system, or (2) prosecuting violations of federal law.

Defendants are also ORDERED to file a status report within 24 hours of the issuance of this Order (a) confirming compliance with this Order, and (b) identifying a senior official responsible for ensuring the Defendants' continued compliance with this Order,

Plaintiffs shall post a bond in the amount of $1.00 by November 4, 2026.

It is **SO ORDERED**.

Date: November 2, 2026

Tanya S. Chutkan

TANYA S. CHUTKAN
United States District Judge