**UNITED STATES DISCTRICT COURT**
**FOR THE DISTIRCT OF COLUMBIA**

| | | |
|---|---|---|
| LEAGUE OF WOMEN VOTERS, *et al*., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 26-3602 (TSC) |
| U.S. DEPT. OF HOMELAND SECURITY, *et al*., | ) | |
| Defendants. | ) | |

**STATUS REPORT REGARDING COMPLIANCE**

On November 2, 2026, the Court granted Plaintiffs' motion for a Temporary Restraining Order or Preliminary Injunction and Stay under 5 U.S.C. § 705. Dkt. No. 30. Defendants hereby submit this Status Report to confirm compliance with the Court's Order.

Defendants understand that, pursuant to the Court's Order:

1. Defendants and their agents are preliminarily enjoined and stayed under 5 U.S.C. § 705 from further disclosing, transmitting, or releasing data purporting to constitute lists of individual potential or actual non-citizen voters or registered voters, to any State, county, municipal, or other local official, employee, or officer responsible for administering voter registration, issuing or processing ballots, verifying signatures, or tabulating or certifying votes.
2. Defendants are not precluded from (1) responding to an inquiry seeking to verify or ascertain the citizenship or immigration status of any individual through the Systematic Alien Verification for Entitlements (SAVE) system, or (2) prosecuting violations of federal law.

Defendants confirm that they are in compliance with this Order. Defendants hereby submit this Status Report confirming Brian Hawkins, Intergovernmental Liaison, U.S. Department of Justice; Brendan Shelley, Deputy Assistant Director for the Cross Border Financial Crimes Center, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; and Larry DeNayer, Associate Director for the Immigration Records and Identity Services Directorate, U.S. Citizenship and Immigration Services, as the senior officials responsible for ensuring the Defendants' continued compliance with the Order.

Dated: November 3, 2026

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

/s/ *William I. Friedman*
WILLIAM I. FRIEDMAN
N.Y. Bar Reg. Number: 4039509
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 532-5541
Email: william.friedman@usdoj.gov

*Counsel for Defendants*